

Mary Ann Whipple
United States Bankruptcy Judge

**Dated: April 7 2023**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
CANTON DIVISION

| | |
|---|---|
| In re:<br><br>DALE R. SMITH<br>CAROL. A. SMITH<br><br>Debtors. | Case No. 17-61711-MAW<br><br>Chapter 7<br><br>Judge Mary Ann Whipple |

**ORDER APPROVING APPLICATION FOR
ORDER AUTHORIZING TRUSTEE TO EMPLOY CO-SPECIAL COUNSEL**

Before the Court is the Application of the Chapter 7 Trustee, Anthony J. DeGirolamo, pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014, for the Court to enter an order employing James Harris Law PLLC ("Harris"), Lawrence Litigation Group ("Lawrence"), and Moore Law Group PLLC ("Moore" and together with Harris and Lawrence, the "Firms") as co-special counsel for the Trustee. Based upon the representations contained in the Application and the record in this case, the Court hereby **FINDS AND DETERMINES THAT:**

1.      The Court has jurisdiction over the Debtors' case and the Application pursuant to 28 U.S.C. § 1334, venue is proper in the Court pursuant 28 U.S.C. §§ 1408 and 1409, and this is a core proceeding pursuant to 28 U.S.C. § 157.

2.      It is necessary for the Trustee to be represented by co-special counsel for assistance in carrying out the duties of the Trustee as set forth in § 704 of the Bankruptcy Code.

3.      The Firms are knowledgeable and experienced in personal injury claims for which the Trustee seeks to employ co-special counsel.

4.      In accordance with Federal Rules of Bankruptcy Procedure 5002 and as evidenced by the Affidavits of counsel filed contemporaneously with the Application, the Firms are not a relative of the bankruptcy judge making the appointment or approving the appointment nor have they been so connected with such judge as to render the appointment improper.

5.      As evidenced by the Affidavits, the Firms do not have any connection with the Debtors, the creditors, the Office of the United States Trustee or any other party in interest or the respective attorneys. The Firms do not represent any interest adverse to the estate in the matters upon which it is to be retained and is therefore disinterested within the meaning of 11 U.S.C. § 101(14).

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED THAT:**

A.      The Application for appointment James Harris Law PLLC, Lawrence Litigation Group, and Moore Law Group PLLC as co-special counsel to the Trustee pursuant to 11 U.S.C. § 327(e) and Federal Rule of Bankruptcy Procedure 2014 is hereby approved on the terms and conditions set forth therein.

B.      The Firms may be compensated for services rendered to the Trustee on an aggregate contingency fee as follows and as outlined on Exhibit A attached to the Application: forty percent

(40%) of all gross monies recovered. This fee covers all legal services through settlement or judgment. All subject to final approval of the Court upon application and hearing thereon.

  C. The Firms agree to share the fee as follows:

    1. 55% to Lawrence;

    2. 32.5% to Harris; and

    3. 12.5% to Moore.

# # #

PREPARED BY:

Anthony J. DeGirolamo (0059265)
3930 Fulton Drive NW, Suite 100B
Canton, Ohio 44718
Telephone: 330-305-9700
Facsimile: 330-305-9713
Email: tony@ajdlaw7-11.com

CHAPTER 7 TRUSTEE

# CERTIFICATE OF SERVICE

I hereby certify that on _____ __, 2023, a copy of the foregoing Order was electronically transmitted via the Court's CM/ECF system to those listed on the Court's Electronic Mail Notice list:

- **Austin B. Barnes**    abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- **Anthony J. DeGirolamo, Trustee - Mansfield**    tony@ajdlaw7-11.com, ad@trustesolutions.com;amber@ajdlaw7-11.com;AD07@trustesolutions.net
- **Rebecca K Hockenberry**    rebecca@kickandgilman.com, LAllton@kickandgilman.com;KickandGilmanLLC@jubileebk.net
- **United States Trustee**    (Registered address)@usdoj.gov

_____
Deputy Clerk

The undersigned hereby certifies that a copy of the foregoing Order was served via regular U.S. Mail, postage prepaid, upon those listed below, this _____ day of _____, 2023.

_____
Deputy Clerk

Dale R. Smith
1800 Bowen Road
Mansfield, Ohio 44903

Carol A. Smith
1800 Bowen Road
Mansfield, Ohio 44903

James Harris Law PLLC
Attn: James. A. Harris, Esq.
750 B Street, Suite 2775
San Diego, California 92101

Lawrence Litigation Group PLLC
Attn: Gary Podell, Esq.
1250 Connecticut Avenue, Suite 700
Washington D.C. 20036

Moore Law Group PLLC
Attn: Jennifer Moore, Esq.
1473 South 4th Street
Louisville, Kentucky 40208