United States Bankruptcy Court
Northern District of Ohio

| | |
|---|---|
| In re:<br>Dale R. Smith<br>Carol A. Smith<br>    Debtors | Case No. 17-61711-maw<br>Chapter 7 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-6 | User: lbald | Page 1 of 2 |
| Date Rcvd: Apr 07, 2023 | Form ID: pdf730 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Dale R. Smith, Carol A. Smith, 1800 Bowen Road, Mansfield, OH 44903-7501 |
| | + | JAMES HARRIS LAW PLLC, ATTN: JAMES A HARRIS ESQ, 750 B ST, STE 2775, SAN DIEGO, CA 92101-8118 |
| | + | LAWRENCE LITIGATION GROUP PLLC, ATTN: GARY PODELL ESQ, 1250 CONNECTICUT AVE, STE 700, WASHINGTON, DC 20036-2657 |
| | + | MOORE LAW GROUP PLLC, ATTN: JENNIFER MOORE ESQ, 1473 SOUTH 4TH ST, LOUISVILLE, KY 40208-2118 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 07 2023 20:25:41 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | James Harris Law PLLC |
| sp | | Lawrence Litigation Group |
| sp | | Moore Law Group PLLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 09, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony J. DeGirolamo, Trustee - Mansfield | tony@ajdlaw7-11.com ad@trustesolutions.com;amber@ajdlaw7-11.com;AD07@trustesolutions.net |
| Austin B. Barnes, III | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION abarnes@sandhu-law.com, bk1notice@sandhu-law.com |
| Rebecca K Hockenberry | on behalf of Debtor Dale R. Smith rebecca@kickandgilman.com LAllton@kickandgilman.com;KickandGilmanLLC@jubileebk.net |
| Rebecca K Hockenberry | on behalf of Debtor Carol A. Smith rebecca@kickandgilman.com LAllton@kickandgilman.com;KickandGilmanLLC@jubileebk.net |

TOTAL: 4

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



**Dated: April 7 2023**

Mary Ann Whipple
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
CANTON DIVISION

| | |
|---|---|
| In re: | Case No. 17-61711-MAW |
| DALE R. SMITH<br>CAROL. A. SMITH | Chapter 7 |
| Debtors. | Judge Mary Ann Whipple |

**ORDER APPROVING APPLICATION FOR**
**ORDER AUTHORIZING TRUSTEE TO EMPLOY CO-SPECIAL COUNSEL**

Before the Court is the Application of the Chapter 7 Trustee, Anthony J. DeGirolamo, pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014, for the Court to enter an order employing James Harris Law PLLC ("Harris"), Lawrence Litigation Group ("Lawrence"), and Moore Law Group PLLC ("Moore" and together with Harris and Lawrence, the "Firms") as co-special counsel for the Trustee. Based upon the representations contained in the Application and the record in this case, the Court hereby **FINDS AND DETERMINES THAT:**

1. The Court has jurisdiction over the Debtors' case and the Application pursuant to 28 U.S.C. § 1334, venue is proper in the Court pursuant 28 U.S.C. §§ 1408 and 1409, and this is a core proceeding pursuant to 28 U.S.C. § 157.

2. It is necessary for the Trustee to be represented by co-special counsel for assistance in carrying out the duties of the Trustee as set forth in § 704 of the Bankruptcy Code.

3. The Firms are knowledgeable and experienced in personal injury claims for which the Trustee seeks to employ co-special counsel.

4. In accordance with Federal Rules of Bankruptcy Procedure 5002 and as evidenced by the Affidavits of counsel filed contemporaneously with the Application, the Firms are not a relative of the bankruptcy judge making the appointment or approving the appointment nor have they been so connected with such judge as to render the appointment improper.

5. As evidenced by the Affidavits, the Firms do not have any connection with the Debtors, the creditors, the Office of the United States Trustee or any other party in interest or the respective attorneys. The Firms do not represent any interest adverse to the estate in the matters upon which it is to be retained and is therefore disinterested within the meaning of 11 U.S.C. § 101(14).

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED THAT:**

A. The Application for appointment James Harris Law PLLC, Lawrence Litigation Group, and Moore Law Group PLLC as co-special counsel to the Trustee pursuant to 11 U.S.C. § 327(e) and Federal Rule of Bankruptcy Procedure 2014 is hereby approved on the terms and conditions set forth therein.

B. The Firms may be compensated for services rendered to the Trustee on an aggregate contingency fee as follows and as outlined on Exhibit A attached to the Application: forty percent

(40%) of all gross monies recovered. This fee covers all legal services through settlement or judgment. All subject to final approval of the Court upon application and hearing thereon.

     C.     The Firms agree to share the fee as follows:

          1.     55% to Lawrence;

          2.     32.5% to Harris; and

          3.     12.5% to Moore.

# # #

PREPARED BY:

Anthony J. DeGirolamo (0059265)
3930 Fulton Drive NW, Suite 100B
Canton, Ohio 44718
Telephone: 330-305-9700
Facsimile: 330-305-9713
Email: tony@ajdlaw7-11.com

CHAPTER 7 TRUSTEE

# CERTIFICATE OF SERVICE

I hereby certify that on _____ __, 2023, a copy of the foregoing Order was electronically transmitted via the Court's CM/ECF system to those listed on the Court's Electronic Mail Notice list:

- **Austin B. Barnes**   abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- **Anthony J. DeGirolamo, Trustee - Mansfield**   tony@ajdlaw7-11.com, ad@trustesolutions.com;amber@ajdlaw7-11.com;AD07@trustesolutions.net
- **Rebecca K Hockenberry**   rebecca@kickandgilman.com, LAllton@kickandgilman.com;KickandGilmanLLC@jubileebk.net
- **United States Trustee**   (Registered address)@usdoj.gov

_____
Deputy Clerk

The undersigned hereby certifies that a copy of the foregoing Order was served via regular U.S. Mail, postage prepaid, upon those listed below, this _____ day of _____, 2023.

_____
Deputy Clerk

Dale R. Smith
1800 Bowen Road
Mansfield, Ohio 44903

Carol A. Smith
1800 Bowen Road
Mansfield, Ohio 44903

James Harris Law PLLC
Attn: James. A. Harris, Esq.
750 B Street, Suite 2775
San Diego, California 92101

Lawrence Litigation Group PLLC
Attn: Gary Podell, Esq.
1250 Connecticut Avenue, Suite 700
Washington D.C. 20036

Moore Law Group PLLC
Attn: Jennifer Moore, Esq.
1473 South 4th Street
Louisville, Kentucky 40208