# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 17-61711 | Trustee Name: | Anthony DeGirolamo |
|---|---|---|---|
| Case Name: | SMITH, DALE R. AND SMITH, CAROL A. | Date Filed (f) or Converted (c): | 08/02/2017 (f) |
| For the Period Ending: | 06/30/2023 | §341(a) Meeting Date: | 09/28/2017 |
| | | Claims Bar Date: | 01/14/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1. Single-family home 1800 Bowen Road Mansfield, OH - 44903-0000 Richland County PPN: 0211717307000 Book 1795 Page 542-544 (Audito's Value) | $80,500.00 | $0.00 | | $0.00 | FA |
| 2. 2006 Ford Explorer Mileage: 115000 VIN: 1FMEU74EX6UB52003 Location: 1800 Bowen Road, Mansfield OH 44903 KBB Value | $4,717.00 | $0.00 | | $0.00 | FA |
| 3. 1999 Toyota 4 Runner Mileage: 218000 VIN: JT3HN87R1VIN: JT3HN87R1X9023319 Location: 1800 Bowen Road, Mansfield OH 44903 KBB Value | $2,360.00 | $0.00 | | $0.00 | FA |
| 4. Sectional Sofa, End Table, Coffee Table, Cabinet, Dinette, Chairs, Barstools, King Waterbed, Nigtstands, Double bed, 2 Dressers, 1 Chest of Drawers, Fridge, Dishwasher, Range, Microwave, Washer & Dryer, Crockpots, Coffee Maker, Dishes, Flatware, Cooking Utensils, Pictures, Lamps Location: 1800 Bowen Road, Mansfield OH 44903 | $900.00 | $0.00 | | $0.00 | FA |
| 5. 2 TV's, 1 VCR, 1 PC Tower, Keyboard, Mouse, Printer, Monitor, Sheader, 2 Cell Phones, DVD Player, Wifi Router Location: 1800 Bowen Road, Mansfield OH 44903 | $800.00 | $0.00 | | $0.00 | FA |
| 6. Golf Clubs, Bicycle, Men's ski's, Digital Camera, 35mm Camera Location: 1800 Bowen Road, Mansfield OH 44903 | $200.00 | $0.00 | | $0.00 | FA |
| 7. 12 Gage Shotgun, 9mm Handgu, Loader Location: 1800 Bowen Road, Mansfield OH 44903 | $800.00 | $0.00 | | $0.00 | FA |
| 8. Personal Clothing Location: 1800 Bowen Road, Mansfield OH 44903 | $250.00 | $0.00 | | $0.00 | FA |
| 9. Wedding Rings and costume jewelry Location: 1800 Bowen Road, Mansfield OH 44903 | $250.00 | $0.00 | | $0.00 | FA |
| 10. 2 Laborador Retrivers Location: 1800 Bowen Road, Mansfield OH 44903 | $0.00 | $0.00 | | $0.00 | FA |

| Case No.: | 17-61711 | | | Trustee Name: | Anthony DeGirolamo |
|---|---|---|---|---|---|
| Case Name: | SMITH, DALE R. AND SMITH, CAROL A. | | | Date Filed (f) or Converted (c): | 08/02/2017 (f) |
| For the Period Ending: | 06/30/2023 | | | §341(a) Meeting Date: | 09/28/2017 |
| | | | | Claims Bar Date: | 01/14/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | HChecking Huntington Bank, 1277 Ashland Road, Mans, OH | $11.81 | $0.00 | | $0.00 | FA |
| 12 | Checking Directions Credit Union, 5121 Whiteford Road, Sylvania, OH | $25.00 | $0.00 | | $0.00 | FA |
| 13 | Savings Directions Credit Union, 5121 Whiteford Road, Sylvania, OH | $25.62 | $0.00 | | $0.00 | FA |
| 14 | IRA IRA JK Invetment Group 5005 Rockside Road, Ste 915 Indendence, Ohio 44131 | $23,352.69 | $0.00 | | $0.00 | FA |
| 15 | Term Life Insurance Policies Western Southern NRA Union Fidelity Life Insurance Company Location: 1800 Bowen Road, Mansfield OH 44903 Each Other | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Health Aids - 2 CPAP Machines and Supplies, Diabetic Meters Location: 1800 Bowen Road, Mansfield OH 44903 | Unknown | $0.00 | | $0.00 | FA |
| 17 | Class Action Lawsuit- Co-Debtor's Personal Injury Claim due to Chemical Exposure (u) | $222,655.53 | $1.00 | | $0.00 | $1.00 |

Asset Notes: Added via Amended Schedules (Docket No. 28)

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | $336,847.65 | $1.00 | | $0.00 | $1.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/04/2023 | No change from 5/24/23. |
| 05/24/2023 | PI settlement is currently in the lien resolution phase; awaiting outcome of lien negotiations before a compromise can be reached. |
| 04/03/2023 | Waiting on resolution of medical liens. |
| 12/30/2022 | Waiting on resolution of medical liens. |
| 10/21/2022 | Update received from Archer Systems--Please note, there are significant delays in lien resolution due to changes from Medicare. As a result, closing statements are being delayed. Once the Medicare lien resolution is complete, a closing statement will then be generated, and we will forward it to you. |
| 10/09/2022 | Waiting to file special counsel application. |
| 07/05/2022 | Waiting to file application to appoint special counsel & compromise on information from Archer. |
| 06/01/2022 | Per Archer Systems, Co-Debtor's PI settlement is currently being negotiated. No final figures are available yet. |
| 05/04/2022 | Per Archer, medical liens are under review and the final settlement statement is not yet available. |
| 04/04/2022 | Waiting on settlement info from Archer--may be mid year. |

| Case No.: | 17-61711 | | | Trustee Name: | Anthony DeGirolamo |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SMITH, DALE R. AND SMITH, CAROL A. | | | Date Filed (f) or Converted (c): | 08/02/2017 (f) |
| For the Period Ending: | 06/30/2023 | | | §341(a) Meeting Date: | 09/28/2017 |
| | | | | Claims Bar Date: | 01/14/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/04/2021   Investigating the value of the Co-Debtor's PI Claim

**Initial Projected Date Of Final Report (TFR):**   12/31/2023         **Current Projected Date Of Final Report (TFR):**   12/31/2023         /s/ ANTHONY DEGIROLAMO

ANTHONY DEGIROLAMO